July 2, 2019 Call Transcript

| | |
|---|---|
| **Ms. Higgs:** | Hello. |
| **Golden Title:** | This is 745 Cash calling with a special offer to settle your past due account. Because of your past payment history, you have been selected to receive this special settlement offer. Please press "one" to talk to a settlement specialist. |
| **Ms. Higgs:** | [Presses one] [audible beep] |
| **Golden Title:** | Please hold while I transfer your call. [ringing]<br><br>Hello, how can I help you? |
| **Ms. Higgs:** | Yes, Ma'am, I was calling because your line was calling me saying that I owe money, but I paid it off to the collections people that you guys use, Sullivan and Associates, and . . . |
| **Golden Title:** | Uh huh. |
| **Ms. Higgs:** | . . . this is back in April. This is back in April, so, I don't know why they haven't sent you the money. |
| **Golden Title:** | What is your phone number? |
| **Ms. Higgs:** | ■■■-5560. |
| **Golden Title:** | Denee Spencer? |
| **Ms. Higgs:** | No. I'm Danita, Danita Higgs. Denee, that's my sister. |
| **Golden Title:** | Oh. Okay. Well, you have to contact them because it is still showing that you owe us. |
| **Ms. Higgs:** | Yea, I paid it April 29, 2019. I have the receipts and everything, I saved it in my email. So, if I forward that to you, that's not going to help? |
| **Golden Title:** | Um. You can take it to the location where you um . . . |
| **Ms. Higgs:** | Had my loan at? |
| **Golden Title:** | Had your loan, yes. Uh huh. |
| **Ms. Higgs:** | I'll take it there. Okay, I'll do that. |
| **Golden Title:** | Okay. |
| **Ms. Higgs:** | Alight. Thank you. Bye bye. |

EXHIBIT S